UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. MARINE SURVEYORS, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD RIENER, et al.<br><br>Defendants. | CV 16-5360 PA (FFMx)<br><br>PRELIMINARY INJUNCTION |

On August 4, 2016, the Court granted the Ex Parte Application for a Temporary Restraining Order filed by plaintiffs U.S. Marine Surveyors, Inc. and U.S. Vessel Documentation (collectively, "Plaintiffs"), and issued an order to show cause why the Court should not issue a preliminary injunction during the pendency of this action. In accordance with the Court's August 25, 2016 Order ruling on the order to show cause,

IS HEREBY ORDERED that defendants Edward Reiner and Edward Reiner d.b.a. Elemental Web Design (collectively, "Reiner"), along with his agents, servants, employees, attorneys, and all other persons acting in concert or participation with them, be and hereby are preliminarily enjoined during the pendency of this action, pursuant to Federal Rule of Civil Procedure 65, from engaging in, committing, or performing directly and indirectly any of the following acts:

    a.    Operating, using, distributing, licensing, selling, developing, displaying, delivering, advertising and/or otherwise marketing or disposing of Plaintiffs' prior operated websites vesseldocumentation.us and usmarinesurveyors.com, and their content;

    b.    Operating, using, distributing, licensing, selling, developing, displaying, delivering, advertising and/or otherwise marketing or disposing of any domain name or web site content previously used on the vesseldocumentation.us and/or usmarinesurveyors.com sites;

    c.    Pointing to or from, or redirecting users to or from usmarinesurveyors.com, boatdocumentation.us, or vesseldocumentation.us, or any other newly registered or used proxy domain name created by Reiner for the purpose of operating a vessel documentation or marine surveyor business;

    d.    Using or disposing of any of Plaintiffs' trade secrets;

    e.    Using, reading, responding to, destroying, blocking or otherwise disposing of emails directed to info@vesseldocumentation.us, nvdc@vesseldocumentation.us, john@vesseldocumentation.us, maria@vesseldocumentation.us, or any other vesseldocumentation.us email addresses.

    f.    Using, distributing, selling, developing, displaying, delivering, altering, advertising and/or otherwise marketing in any fashion on Plaintiffs' prior social media accounts (e.g., Facebook, Instagram) in any fashion.

IT IS FURTHER ORDERED that the bond posted by Plaintiffs in support of the Temporary Restraining Order shall remain in place to secure the Preliminary Injunction.

DATED: August 25, 2016

                                                      Percy Anderson
                                      UNITED STATES DISTRICT JUDGE