David N. Makous, SBN 82409
Matthew J. Soroky, SBN 258230
Keith H. Fichtelman, SBN 262476
LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300
Los Angeles, California 90017
Telephone: (213) 623-2221
Facsimile:  (213) 623-2211

Attorneys for Plaintiffs, U.S. Marine Surveyors, Inc.
and U.S. Vessel Documentation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. MARINE SURVEYORS, INC., a California corporation; U.S. VESSEL DOCUMENTATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD RIENER, an individual; EDWARD RIENER D.B.A. ELEMENTAL WEB DESIGN, an unknown entity,<br><br>Defendants. | CASE NO.: 2:16-cv-05360-PA-FFM<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR (1) AN ORDER TO SHOW CAUSE RE: CONTEMPT OF COURT; (2) TERMINATING SANCTIONS FOR WILFULL SPOLIATION OF EVIDENCE; AND (3) AN ORDER MODIFYING THE PRELIMINARY INJUNCTION TO PROHIBIT DEFENDANTS FROM ENGAGING IN ANY VESSEL DOCUMENTATION BUSINESS DURING THE PENDENCY OF THIS LITIGATION AND OTHER MANDATORY RELIEF**<br><br>Hearing<br>Courtroom 15<br>October 31, 2016<br>1:30 p.m. |

PLEASE TAKE NOTICE that on Monday, October 31, 2016, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Percy Anderson in Courtroom 15 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California, Plaintiffs U.S. Marine Surveyors, Inc. and U.S. Vessel Documentation (collectively, "Plaintiffs"), will, and hereby do, move this Court for (1) an order to show cause re: contempt of court, (2) terminating sanctions for the willful spoliation of evidence, and (3) an order modifying the preliminary injunction to prohibit Defendants from engaging in any business involving submission of consumer's vessel application or documentation forms to the U.S. Coast Guard, National Vessel Documentation Center, on the customer's behalf

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on September 21, 2016.

As set forth more fully in the attached memorandum of points and authorities and declarations filed in support of this Motion, this Motion is based on Riener, Hennings, Gorman, and Larson each having actual notice of the temporary restraining order and preliminary injunction ordered in this case and subsequently working in concert with one another and willfully violating the terms of the TRO and/or Injunction. Specifically, the Riener, Hennings, Gorman, and/or Larson violated the TRO and Injunction by:

- "Operating, using, distributing, licensing, selling, developing, [or] displaying" content from the website vesseldocumentation.us in violation of the Injunction;
- Conspiring and attempting to disguise their operation, use, distribution, development, and/or display of content from the website vesseldocumentaiton.us in order to circumvent the Injunction;
- Deleting the vesseldocumentation.us website and/or its content in violation of the TRO and Injunction;

1

MOTION FOR AN ORDER TO HOLD DEFENDANT EDWARD RIENER AND CO-CONSPIRATORS IN CONTEMPT OF PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

- Deleting emails from sent or received from any @vesseldocumentation.us email address in violation of the Injunction;
- Continuing to display the vesseldocumentation.us domain name in "maintenance mode" with the Boat Documentation US logo, in violation of the TRO;
- Filing a declaration in which Riener admits to having accessed, reviewed, and reproduced the content of emails to and from john@vesseldocumentation.us, maria@vesseldocumentation.us, and other vesseldocumentation.us email addresses in violation of the TRO;
- Disabling incoming emails to Plaintiffs' @vesseldocumentation.us email accounts and causing the NVDC to receive delivery failure notices, "blocking" emails in violation of the TRO; and
- Displaying Defendant's Boat Documentation logo and Defendant's telephone number on Plaintiffs' social media pages in violation of the TRO.

Further, the evidence demonstrates that Riener, Hennings, Gorman, and/or Larson were willfully destroying evidence relevant to the claims in this case. Specifically, they have destroyed emails and other communications evidencing the wrongful conduct of the Defendants. Such willful spoliation of evidence warrants terminating sanctions in this case.

Finally, the evidence demonstrates that it is just for the Court to modify the preliminary injunction to prohibit the Defendants from engaging in any vessel documentation business during the pendency of this litigation as Defendants are wrongfully making use of Plaintiffs' intellectual property, in violation of the Court's previous orders, in an attempt to carry on vessel documentation business. The Court should order the Defendants to refrain from doing so to limit the

1  ongoing damages being caused to Plaintiffs.

2  The Motion will be based upon this Notice of Motion and Motion; the
3  Memorandum of Points and Authorities attached hereto; the Declarations of
4  Keith Fichtelman, Matthew Soroky, John Soria, Danny Star, Andy Carlos, and
5  Maria Carlos, and exhibits referenced therein; any Reply papers filed by Plaintiffs
6  in support of the Motion; the pleadings and records on file herein; and upon an
7  such additional argument and evidence, both written and oral, as may be
8  introduced in connection with the hearing on the Motion.

DATED: September 30, 2016            **LEE, HONG, DEGERMAN, KANG & WAIMEY**

By:  /s/David N. Makous
David N. Makous
Attorneys for Plaintiffs, U.S. Marine Surveyors,
Inc. and U.S. Vessel Documentation