David N. Makous, SBN 82409
Navdeep K. Singh, SBN 284486
LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300
Los Angeles, California 90017
Telephone: (213) 623-2221
Facsimile:   (213) 623-2211

Attorneys for Plaintiffs and Counter-Defendants,
U.S. Marine Surveyors, Inc. and U.S. Vessel
Documentation, and Counter-Defendant
John Soria

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. MARINE SURVEYORS, INC., a California corporation; U.S. VESSEL DOCUMENTATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD RIENER, an individual; EDWARD RIENER D.B.A. ELEMENTAL WEB DESIGN, an unknown entity,<br><br>Defendants.<br><br>And related Counter-actions | CASE NO.: 2:16-cv-05360-PA- FFM<br><br>**DECLARATION OF DAVID N. MAKOUS (FIFTH) IN SUPPORT OF COUNTER-DEFENDANTS U.S. MARINE SURVEYORS, INC., U.S. VESSEL DOCUMENTATION, WEBSITES DEPOT, INC. AND JOHN SORIA'S REPLY IN SUPPORT OF COUNTER-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

# DECLARATION (FIFTH) OF DAVID N. MAKOUS

I, David Makous, hereby declare as follows:

1. I am an attorney duly admitted to practice in the State of California and before this Court. I am an attorney with Lee, Hong, Degerman, Kang & Waimey, attorneys of record for Plaintiffs and Counter-defendants in this action. The information contained in this declaration is based on my personal knowledge. If called as a witness, I could and would competently testify to the following matters.

2. I make this declaration in support of Counter-defendants U.S. Marine Surveyors, Inc. ("USMS"), U.S. Vessel Documentation ("USVD"), Websites Depot, Inc. and John Soria's (collectively "Counter-defendants") Reply in Support of Counter-defendants' Motion for Summary Judgment.

3. On June 08, 2017, I took the deposition of Counterclaimant Edward Riener ("Riener"), Volume II. Attached hereto as **Exhibit 1** are relevant portions of the certified copy of that deposition transcript and its exhibits. For the convenience of the parties and the Court, I have prepared the following summary of the key portions of the testimony:

   i. Riener admitted to receiving e-mails containing instructions from Maria Carlos ("Ms. Carlos") in February 2016 directing him to make changes to the vesseldocumentation.us Website (the "Website"). (*See* Ex. 1, p. 487, lns 16-22 and Exh. 87 thereto).

   ii. Riener admitted that he responded to Maria Carlos in February 2016 and stated that he would perform the work on the Website as instructed. (*See id.*, p. 489, lns. 3-12 and Exh. 89 thereto).

   iii. Riener further admitted to receiving additional instructions via e-mail from Ms. Carlos directing him to make further changes to the Website in March 2016. (*See id.*, p. 489, lns. 13-19 and Exh. 90 thereto).

   iv. Riener admitted that he received additional detailed instructions regarding changes to be made to the Website from John Soria in June 2016. (*See id.*, p. 489, lns. 20-25; p. 490, lns. 1-7 and Exh. 91 thereto);

   v. Riener again admitted that as of July 03, 2016, there was only one e-mail in the "Eddy lawsuit" folder. (*See id.*, p. 487, lns. 23-25; p. 488, lns 17-25; p. 489, ln. 1 and Exh. 88 thereto);

 4. On June 16, 2017, I took the deposition of Edward Riener, Volume III. Attached hereto as **Exhibit 2** are relevant portions of the certified copy of that deposition transcript and its exhibits. For the convenience of the parties and the Court, I have prepared the following summary of the key portions of the testimony:

   i. Riener admitted that the earliest versions of the Website could have gone live sometime before February 01, 2016 (*See* Ex. 2, p. 638, lns. 5-20 and Exh. 254 thereto);

   ii. Riener admitted that he could not recall when any of the three "questions" were posed on a live version of the Website (*See id.*, p. 639, lns. 7-20 and Exh. 254 thereto);

   iii. Riener stated that he was not sure that he paid for the right to use any of the images used on the Website, nor could he state with certainty whether he had receipts for such payments. (*See id.*, p. 640, lns. 16-25; p. 641, lns. 1-25; p. 642, lns. 1-21 and Exh. 254 thereto);

   iv. Riener admitted that he filled out the Application for the copyright registration (the "Application") of the Website on July 20, 2016. (*See id.*, p. 646, lns. 14-24; p. 647, lns. 1-18 and Exh. 224 thereto);

   v. Riener admitted that he placed the "Boat Documentation" logo on the Website on July 13th, 2016 and took a screenshot image of the same, which he included in his copyright registration application (*See id.*, p. 654, lns. 10-21, and Exh. 224 thereto). He also admitted that the Website was not titled

3

**DECLARATION OF DAVID N. MAKOUS (FIFTH) IN SUPPORT OF COUNTER-DEFENDANTS' REPLY**

"Boat Documentation US" as of February 02, 2016 – the date he listed as the date of first publication on the Application. (*See id.*, p. 661, lns. 7-24 and Exh. 224 thereto);

   vi. Riener admitted that he did not create the "Boat Documentation" logo and that Allen Larson did. (*See id.*, p. 656, lns. 1-10; p. 675, lns. 19-25 and Exh. 224 thereto).

   vii. Riener admitted that he made "a lot of modifications" to the Website content between July 01 and July 13, 2016 (*See id.*, p. 657, lns. 7-11 and Exh. 224 thereto). He also admitted that he might have added or removed images from the Website's sidebar menu during that time. (*See id.*, p. 658, lns. 17-20 and Exh. 224 thereto).

   viii. Riener admitted that the deposit material he submitted with the Application did not reflect the same material on the Website that was in existence as of February 02, 2016. (*See id.*, p. 665, lns. 21-25; p. 666, lns. 1-3 and Exh. 224 thereto);

   ix. Riener admitted that he does not own, nor did he create, all of the text on the Website (*See id.*, p. 668, lns. 6-8 and Exh. 224 thereto);

   x. Riener admitted that he cannot recall what evaluation he conducted when he stated on the Application that the Website was not a "work made for hire." (*See id.*, p. 671, lns. 10-23 and Exh. 224 thereto);

   xi. Riener admitted that various contents of the Website were acquired from multiple other sources, including:

   - The Boat Documentation logo (*See id.* at p. 675, lns. 9-25 and Exh. 224 thereto (admitting that Allen Larson created "Boat Documentation" logo);

   - Several photographs and/or images (*See id.* at p. 677, lns. 7-24 (admitting that several photographs came from third-party sources, such as 123RF);

- Several PDF forms (*See id.* at p. 678, lns. 4-11 (admitting that at least some PDF forms came from the U.S. Coast Guard website); p. 683, lns. 1-5, p. 685, lns. 1-11; p. 685, lns. 22-25 and Exh. 224) (admitting that several other forms were generated by "Gravity Forms", a "widely used" platform to implement standard forms for websites));

xii. Riener admitted that the Website did not contain forms from Gravity Forms as of February 02, 2016. (*See id.*, p. 684, lns. 19-22 and Exh. 224).

5. On June 19, 2017, I took the deposition of Counterclaimant Edward Riener Volume IV. Attached hereto as **Exhibit 3** are relevant portions of the certified copy of that deposition transcript and its exhibits. For the convenience of the parties and the Court, I have prepared the following summary of the key portions of the testimony:

i. Riener stated that he merely "entered text", and could not state definitively that he is the sole author of the three "questions" on the Website homepage, or that he formulated those question without input from anyone else. (*See* Ex. 3, p. 753, lns. 10-25; p. 754, lns. 1-25; p. 755, lns. 1-23 and Exh. 229 thereto);

ii. Riener admitted that he did not have a license to use the image of the yacht on the Website homepage, and that he "just pulled . . . from a boat brochure or some place on Google." (*See id.*, p. 762, lns. 7-21 and Exh. 229 thereto);

iii. Riener admitted that he does not actually own the rights to any of the images used on the Website homepage. (*See id.*, p. 763, lns. 20-25; p. 764, lns. 1-14 and Exh. 229 thereto);

iv. Riener admitted that there is nothing similar to the Boat Documentation logo on Counter-defendants new uscgdocumentation.us website (*See id.*, p. 765, lns. 14-18 and Exh. 229 thereto);

v. Riener admitted that there is nothing similar to the "Azimut 685" image on Counter-defendants new uscgdocumenation.us website. (*See id.*, p. 765, lns. 19-25 and Exh. 229 thereto);

vi. Riener admitted that many of the images on the Website are different from the images on Counter-defendants new uscgdocumentation.us website (*See id.*, p. 766, lns. 10-25; p. 768, ln. 16; p. 769, ln. 3 and Exh. 229 thereto);

vii. Riener admitted that much of the text used on the Website was actually created by the United States Coast Guard (*See id.*, p. 776, lns. 2-9 and Exh. 229 thereto);

viii. Riener admitted that much of the overall arrangement of both websites' respective homepages is entirely different in terms of spacing, font, formatting, and location. (*See id.*, p. 780, lns. 1-25; p. 781, lns. 1-11 and Exh. 229 thereto).

6. Attached hereto as **Exhibit 4** is a true and correct copy of Copyright Office Circular 32, available at https://www.copyright.gov/circs/circ32.pdf.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of July, 2017, at Los Angeles, California.

/*s*/ David N. Makous

David N. Makous

6

**DECLARATION OF DAVID N. MAKOUS (FIFTH) IN SUPPORT OF COUNTER-DEFENDANTS' REPLY**

# TABLE OF CONTENTS

| DEPONENT | PAGE/LINE | EXHIBIT/PAGE |
|---|---|---|
| **Edward Riener – Volume II** June 8, 2017 | | Exhibit 1 to Declaration of David N. Makous |
| | p. 487, lns. 16- 22 | p. 1 of 13 |
| | p. 487, lns. 23-23 | p. 1 of 13 |
| | p. 489, lns. 1 | p. 3 of 13 |
| | p. 489, lns. 3-12 | p. 3 of 13 |
| | p. 489, lns. 13-19 | p. 3 of 13 |
| | p. 489, lns. 20-25 | p. 3 of 13 |
| | p. 490, lns. 1-7 | p. 6 of 13 |
| | Exhibits 87, 89-91 | pp. 2, 4, 5,7, 8 of 13 |
| | Exhibit 88 | p. 13 of 13 |
| **Edward Riener – Volume III** June 16, 2017 | | Exhibit 2 to Declaration of David N. Makous |
| | p. 638, lns. 5-20 | p. 1 of 32 |
| | p. 639, lns. 7-20 | p. 2 of 32 |
| | p. 640, lns. 16-25 | p. 3 of 32 |
| | p. 641, lns. 1-25 | p. 4 of 32 |
| | p. 642, lns. 1-21 | p. 5 of 32 |
| | p. 646, lns. 14-24 | p. 12 of 32 |
| | p. 647, lns. 1-18 | p. 13 of 32 |
| | p. 654, lns. 10-21 | p. 14 of 32 |
| | p. 661, lns. 7-24 | p. 15 of 32 |
| | p. 656, lns. 1-10 | p. 16 of 32 |
| | p. 675, lns. 19-25 | p. 17 of 32 |
| | p. 657, lns. 7-11 | p. 18 of 32 |
| | p. 658, lns. 17-20 | p. 19 of 32 |
| | p. 665, lns. 21-25 | p. 20 of 32 |
| | p. 666, lns. 1-3 | p. 21 of 32 |
| | p. 668, lns. 6-8 | p. 22 of 32 |
| | p. 671, lns. 10-23 | p. 23 of 32 |
| | p. 675, lns. 9-25 | p. 24 of 32 |
| | p. 677, lns. 7-24 | p. 25 of 32 |
| | p. 678, lns. 4-11 | p. 26 of 32 |

**DECLARATION OF DAVID N. MAKOUS (FIFTH) IN SUPPORT OF COUNTER-DEFENDANTS' REPLY**

LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300
Los Angeles, California 90017

# TABLE OF CONTENTS

| DEPONENT | PAGE/LINE | EXHIBIT/PAGE |
|---|---|---|
| | p. 683, lns. 1-5, | p. 27 of 32 |
| | p. 685, lns. 1-11 | p. 28 of 32 |
| | p. 685, lns. 22-25 | p. 28 of 32 |
| | p. 684, lns. 19-22 | p. 29 of 32 |
| | Exhibit 224 | p. 30 of 32 |
| | Exhibit 254 | p. 6 of 32 |
| **Edward Riener – Volume IV** June 19, 2017 | | Exhibit 3 to Declaration of David N. Makous |
| | p. 753, lns. 10-25 | Page 1 of 14 |
| | p. 754, lns. 1-25 | Page 2 of 14 |
| | p. 755, lns. 1-23 | Page 3 of 14 |
| | p. 762, lns. 7-21 | Page 4 of 14 |
| | p. 763, lns. 20-25 | Page 5 of 14 |
| | p. 764, lns. 1-14 | Page 6 of 14 |
| | p. 765, lns. 14-18 | Page 7 of 14 |
| | p. 765, lns. 19-25 | Page 7 of 14 |
| | p. 766, lns. 10-25 | Page 8 of 14 |
| | p. 768, ln. 16 | Page 9 of 14 |
| | p. 769, ln. 3 | Page 10 of 14 |
| | p. 776, lns. 2-9 | Page 11 of 14 |
| | p. 780, lns. 1-25 | Page 12 of 14 |
| | p. 781, lns. 1-11 | Page 13 of 14 |
| | Exhibit 229 | Page 14 of 14 |

**DECLARATION OF DAVID N. MAKOUS (FIFTH) IN SUPPORT OF COUNTER-DEFENDANTS' REPLY**

LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300
Los Angeles, California 90017