UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-5360 PA (FFMx) | Date | August 22, 2017 |
|---|---|---|---|
| Title | U.S. Marine Surveyors, Inc., et al. v. Edward Riener, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Marea Woolrich | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David N. Makous<br>Navdeep K. Singh | Edward Riener, *Pro Se* |

**Proceedings:**   EVIDENTIARY HEARING

Case called; appearances made. Court and counsel confer regarding the status of the case. The Court confers with counsel individually out of the presence of opposing counsel. That portion of the transcript is ordered sealed. The parties have reached a settlement. The parties recite the terms of the settlement on the record. Each party states their understanding and approval of the essential terms of the settlement. The Court dismisses this action with prejudice**.** The Court retains jurisdiction for purposes of enforcing the settlement. All other dates in this action, including the trial date are vacated. Injunction Bond is ordered released. Exhibit 1 is identified and admitted. All pending motions (Docket Nos. 68, 70, 116) are denied as moot.

IT IS SO ORDERED.

cc: FISCAL

|   |   | 2 | : | 07 |
|---|---|---|---|---|
| | Initials of Preparer | | KSS | |