# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. MARINE SURVEYORS, INC., a California corporation; U.S. VESSEL DOCUMENTATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD RIENER, an individual; EDWARD RIENER D.B.A. ELEMENTAL WEB DESIGN, an unknown entity,<br><br>Defendants. | CASE NO.: 2:16-cv-05360-PA-FFM<br><br>[~~PROPOSED~~] ORDER RE: APPLICATION TO OBTAIN TRANSCRIPT OF AUGUST 22, 2017 EVIDENTIARY HEARING |

Upon consideration of Plaintiffs' Application to Obtain the Transcript of the August 22, 2017 Evidentiary Hearing, it is hereby **ORDERED** that Plaintiffs' Application is **GRANTED**.

**IT IS SO ORDERED.**

Dated:  September 27, 2017

_____
Hon. Percy Anderson
United States District Court Judge

[PROPOSED] ORDER RE: APPLICATION TO OBTAIN TRANSCRIPT OF AUGUST 22, 2017 EVIDENTIARY HEARING

LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300
Los Angeles, California 90017